Stephen G. Recordon (SBN 91401)
**Recordon & Recordon**
225 Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
Email: sgrecordon@aol.com

Attorneys for Plaintiff JESSICA LOPEZ

Tara Marie Muren (SBN 260154)
**CIR Law Offices, LLP**
8665 Gibbs Drive, Suite 150
San Diego, CA 92123
(858)495-1415
(858)496-5977 (fax)
Email: tara@cirlaw.com

Attorneys for Defendant EQUABLE ASCENT FINANCIAL, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOPEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUABLE ASCENT FINANCIAL, LLC,<br><br>                    Defendant. | CASE No. 13-cv-01888-MMA-NLS<br><br>JOINT MOTION TO DISMISS<br><br>JUDGE: Hon. Micheal M. Anello |

    Plaintiff Jessica Lopez ("Plaintiff") and Defendant Equable Ascent Financial, LLC ("Defendant") (jointly, "the Parties") hereby move to dismiss the above action with prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

Respectfully submitted,

RECORDON & RECORDON

Dated: January 23, 2014            /s/ Stephen G. Recordon
                                   STEPHEN G. RECORDON
                                   Counsel for Plaintiff

CIR LAW OFFICES, LLP

Dated: January 23, 2014            /s/ Tara Marie Muren
                                   TARA MARIE MUREN
                                   Counsel for Defendant

Additional Plaintiff's Attorneys:

Clinton Rooney (SBN 221628)
rooneycdi@gmail.com
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 234-0212

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tara Marie Muren, counsel for Defendant, and that I have obtained Ms. Muren's authorization to affix her electronic signature to this document.

Dated: January 23, 2014            /s/ Stephen G. Recordon
                                   STEPHEN G. RECORDON
                                   Counsel for Plaintiff